DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JUAN JOSE ESPARZA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1330
————————————————

December 13, 2023

Appeal from the Circuit Court for Sarasota County; Thomas Krug, Judge.

Howard L. Dimmig, II, Public Defender, and J. Rafael Rodriguez, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Samuel R. Mandelbaum, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


SLEET, C.J., and KHOUZAM and SMITH, JJ., Concur.
————————————————

Opinion subject to revision prior to official publication.